UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLEY GARNER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. |
| | § | 4:16-cv-00034 |
| ARMANDO CACERES JR, AND, | § | |
| OVERNITE SOFTWARE INC., | § | |
| | § | |
| Defendants. | § | Jury Demanded |

## DEMAND FOR JURY

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands her right to trial by jury.

Respectfully submitted,

\_\_\_\_/S/James D. Pierce_____
James D. Pierce(15994500)
jim@jamespierce.com

1 Sugar Creek Center Suite 1080
Sugar Land, TX 77478
(713) 650-0150

I hereby certifiy that a true and correct copy of this Jury Demand has been served on the persons listed below via the Court's Electronic Filing system this March 11, 2016.

\_\_\_\_\_/S/James D. Pierce_____
James D. Pierce