UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY GARNER** | § | **CIVIL ACTION** |
| | § | |
| *Plaintiff* | § | **4:16-cv-00034** |
| vs. | § | |
| | § | |
| **ARMANDO CACERES, JR.** | § | **JURY DEMANDED** |
| **AND** | § | |
| **OVERNITE SOFTWARE, INC.** | § | |

# MOTION TO ENTER JUDGMENT

**KIMBERLY GARNER,** Plaintiff, and **OVERNITE SOFTWARE, INC.,** Defendant, file this Motion to Enter Judgment as follows:

## I.

The parties have agreed that a judgment should be entered in favor of Defendant, **OVERNITE SOFTWARE, INC.**, holding that **KIMBERLY GARNER** will take nothing by this suit. If any costs remain unpaid, they are to be paid by **GARNER**. This judgment disposes of all issues in the case.

*[ Signatures on the following page ]*

Respectfully submitted,

LAW OFFICE OF LYNN J. KLEMENT

By: __/s / Lynn J. Klement__
LYNN J. KLEMENT
State Bar No. 11567900
lklement@sbcglobal.net
P.O. Box 1744
300 North Velasco
Angleton, Texas 77516-1744
(979) 849-1175
(979) 849-8928 Facsimile

By: _____
JAMES D. PIERCE
State Bar No.: 15994500
jim@jamespierce.com
1 Sugar Creek Center, Suite 1080
Sugar Land, Texas 77478
(713) 650-0150
(713) 650-0146 Facsimile

## CERTIFICATE OF SERVICES

I hereby certify that a copy of the above and foregoing Motion to Enter Judgment has been served on the following attorney of record via the Court's Electronic Filing/Notification System on this the 3 day of may, 2016.

LYNN J. KLEMENT
lklement@sbcglobal.net

_____
James D. Pierce