UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Kimberley Garner, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-16-34 |
| § | |
| Armando Caceres, Jr., *et al.*, § | |
| § | |
| Defendants. § | |

## Agreed Final Judgment

By agreement of the parties, Kimberly Garner takes nothing from Overnite Software, Inc., and Armando Caceres, Junior.

Signed on May 5, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge